# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD MORGAN HAIRSTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 79299

FILED

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an order revoking probation and second amended judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 17, 2015, and the order revoking probation and second amended judgment of conviction on April 12, 2018. Appellant did not file the notice of appeal, however, until July 15, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-36991

cc: Hon. Carolyn Ellsworth, District Judge
Leonard Morgan Hairston
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2